HERBERT MCLEAN PURDY MANAGEMENT CORPORATION, Plaintiff, v. 342 MADISON AVENUE CORPORATION, Appellant, EDWARD J. PARKINSON, Receiver, Respondent, WALLACE GREENE ARNOLD and Others, Appellants, and WILLIAM J. TAYLOR COMPANY and Others, Defendants.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARL NOWAK, Appellant.— Judgment affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.; Cohn, J., dissents and votes to reverse and dismiss the information on the ground that the guilt of the defendant was not established beyond a reasonable doubt.

THOMAS GRANVILLE LEITCH, Respondent, v. SAMUEL CUMMINS, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

MAX BELKIN, Appellant, v. EPHRAIM SPIEGEL, as President of Shochtim Union of Greater New York, Local 370, and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

LAWRENCE ROGANTI, an Infant, by ANGELO ROGANTI, His Guardian ad Litem, and ANGELO ROGANTI, Respondents, v. NEWS SYNDICATE Co., INC., Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict was against the weight of the credible evidence. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

CHARLES GERBEN, as Director of the GERBEN-HECHT RIM WHEEL CORP., Respondent, v. GERBEN-HECHT RIM WHEEL CORP. and Others, Defendants, Impleaded with ALLOYS AND PRODUCTS, INC., and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants-appellants to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

ABRAHAM FISHER, Respondent, v. JACOB GERBER and Others, Appellants.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.; Dore, J., dissents and votes to reverse and grant motion to dismiss on the ground that plaintiff has an adequate remedy at law.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN JOSEPH MOORE, Defendant, Impleaded with BERNIE SCHNIED, Alias BARNEY SCHNITTE, Appellant. — Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

AMERICAN STORE EQUIPMENT & CONSTRUCTION CORPORATION, Appellant, v. JACK DEMPSEY'S PUNCH BOWL, INC., Respondent, Impleaded with Another, Defendant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.